IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NANOMECH, INC.                                                                    PLAINTIFF

v.                              Case No. 5:13-CV-05094

ARUNYA SURESH                                                         DEFENDANT

## ORDER

Currently before the Court is Defendant Arunya Suresh's motion to dismiss her counterclaim (Doc. 37). Plaintiff's case against Defendant was dismissed on September 9, 2013.  Defendant represents that her counterclaim, which was filed on July 25, 2013, has not been the subject of discovery between the parties, and she therefore wishes to dismiss it without prejudice.

Accordingly the Court finds that Defendant's motion (Doc. 37) is GRANTED, and her counterclaim is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(c).

IT IS SO ORDERED this 1st day of October, 2013.

_/s/ P. K. Holmes, III_

P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE