IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NANOMECH, INC.                                                                                              PLAINTIFF

v.                                          Case No. 5:13-CV-05094

ARUNYA SURESH                                                                                          DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's memorandum opinion and order of September 9, 2013 (Doc. 33), IT IS HEREBY ORDERED AND ADJUDGED that Defendant Arunya Suresh's motion to dismiss (Doc. 25) is GRANTED, and this case is dismissed. Count I of the amended complaint is dismissed without prejudice, Count II is dismissed with prejudice, and Count III is dismissed without prejudice.

IT IS SO ORDERED this 31st day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE